604 APPELLATE COURTS OF ILLINOIS.

Polish Natl. Alliance of the U. S. A. v. Paurowicz, 199 Ill. App. 604.

## Polish National Alliance of the U. S. A., Appellant, v. Henry Paurowicz, et al., Appellees.

### Gen. No. 21,288.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. JESSE A. BALDWIN, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1915. Reversed and remanded with directions. Opinion filed June 19, 1916.

### Statement of the Case.

Bill by Polish National Alliance of the U. S. A., complainant, against Henry Paurowicz and others, defendants, to foreclose two mortgages on a certain piece of real estate, one made to secure a loan of a certain sum, and the other an additional advance. From a judgment for defendants, complainant appeals.

SMIETANKA, JOHNSON & MOLTHROP, for appellant; CHARLES P. MOLTHROP, of counsel.

No appearance for appellees.

MR. JUSTICE GOODWIN delivered the opinion of the court.

### Abstract of the Decision.

1. FRATERNAL AND MUTUAL BENEFIT SOCIETIES, § 4*—*when taking of second mortgage by fraternal beneficiary society not illegal.* A second mortgage given to secure advances made after the execution of a first mortgage to a fraternal beneficiary society constitutes a first lien on the real estate and is a permissible investment within Hurd's Rev. St. ch. 73, secs. 272A, 272B (J. & A. ¶¶ 6663, 6664).

2. CORPORATIONS, § 346*—*when defense of ultra vires unavailable in action by.* Where a mortgagor receives money under a second mortgage given to a fraternal beneficiary society and subsequently incumbrances in favor of other persons are made with notice of the lien, the plea of *ultra vires* is unavailable.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.